PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00212 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RUVILA ELIZABETH LIMA, *et al.*, | DATE: January 4, 2018 |
| Defendants. | TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on January 4, 2018.

2. By this stipulation, defendants Ruvila Elizabeth Lima,[1] through her respective counsel of record, now moves to continue the status conference until March 15, 2018, and to exclude time between January 4, 2018, and March 15, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States has represented that the discovery associated with this case includes will include, collectively, investigative reports, electronic discovery obtained from the search of various electronic devices, records from the California Department of Motor Vehicles, and records from telephone providers and banks. The parties are presently finalizing a protective order to govern discovery

---

[1] Defendant Poya Khanjan has not yet made his initial appearance on this matter. He is believed to be a fugitive.

in this case, and anticipate that discovery will be produced shortly upon completion and execution of the protective order.

   b) Counsel for defendant desires additional time consult with her client, to review the current charges, to conduct investigation and research related to the charges, to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial. Counsel will also need time to review discovery upon its receipt.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The United States does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 4, 2018 to March 15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 22, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys

Dated: December 22, 2017

*/s/ Todd A. Pickles for*
DINA SANTOS
Counsel for Defendant
RUVILA ELIZABETH LIMA

**ORDER**

IT IS SO ORDERED.

Dated: January 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE