McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUVILA ELIZABETH LIMA,<br>  "aka" Ruby,<br><br>Defendant. | CASE NO. 2:17-CR-212 MCE<br><br>MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING<br><br>DATE: May 23, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
|---|---|

Pursuant to an agreement between the parties, and the probation officer, Defendant RUVILA ELIZABETH LIMA, "aka" Ruby, respectfully requests the Court to continue sentencing to July 25, 2019, at 10:00 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING

1

| | |
|---|---|
| Judgment and Sentencing date: | July 25, 2019 at 10:00 a.m. |
| Reply or Statement of No Opposition and any Sentencing Memos: | July 11, 2019 |
| Motion for Correction Filed: | July 5, 2019 |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The Pre-Sentence Report is due no later than: | n/a |

Dated: May 17, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: May 17, 2019

By: /s/ DINA SANTOS
DINA SANTOS
Counsel for defendant
Ruvila Elizabeth Lima, "aka" Ruby

## ORDER

IT IS SO ORDERED.

Dated: May 21, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE