1  McGREGOR W. SCOTT
   United States Attorney
2  ROSANNE L. RUST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-212 MCE |
   |                           |                          |
12 |              Plaintiff,   | MOTION TO CONTINUE DEFENDANT'S |
   |                           | SENTENCING HEARING       |
   |         v.                |                          |
13 |                           | DATE: July 25, 2019      |
   | RUVILA ELIZABETH LIMA,    | TIME: 10:00 a.m.         |
14 |    "aka" Ruby,            | COURT: Hon. Morrison C. England, Jr. |
   |              Defendant.   |                          |
15

16

17     Pursuant to an agreement between the parties, and the probation officer, Defendant

18 RUVILA ELIZABETH LIMA, "aka" Ruby, respectfully requests the Court to continue sentencing

19 to August 22, 2019, at 10:00 a.m. and to adopt the following schedule for Disclosure and

20 Sentencing in the above-referenced matter:

| | |
|---|---|
| Judgment and Sentencing date: | August 22, 2019 at 10:00 a.m. |
| Reply or Statement of No Opposition and any Sentencing Memos: | August 15, 2019 |
| Motion for Correction Filed: | n/a |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The Pre-Sentence Report is due no later than: | n/a |

Dated: July 14, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: July 14, 2019

By: /s/ DINA SANTOS
DINA SANTOS
Counsel for defendant
Ruvila Elizabeth Lima, "aka" Ruby

**ORDER**

IT IS SO ORDERED.

Dated: July 22, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE