1  McGREGOR W. SCOTT
   United States Attorney
2  ROSANNE L. RUST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:17-CR-212 MCE

                          Plaintiff,     MOTION TO CONTINUE DEFENDANT'S
12                                        SENTENCING HEARING
                    v.
13                                        DATE: August 22, 2019
   RUVILA ELIZABETH LIMA,                 TIME: 10:00 a.m.
14    "aka" Ruby,                         COURT: Hon. Morrison C. England, Jr.
                          Defendant.
15

16

17        Pursuant to an agreement between the parties, and the probation officer, Defendant RUVILA

18 ELIZABETH LIMA, "aka" Ruby, respectfully requests the Court to continue sentencing to November

19 14, 2019, at 10:00 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-

20 referenced matter:

21

22

23

24

25

26

27

28

   MOTION TO CONTINUE DEFENDANT'S          1
   SENTENCING HEARING

| | |
|---|---|
| Judgment and Sentencing date: | November 14, 2019 at 10:00 a.m. |
| Reply or Statement of No Opposition and any Sentencing Memos: | November 7, 2019 |
| Motion for Correction Filed: | n/a |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The Pre-Sentence Report is due no later than: | n/a |

Dated: August 15, 2019

McGREGOR W. SCOTT
United States Attorney


By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: August 15, 2019


By: /s/ DINA SANTOS
DINA SANTOS
Counsel for defendant
Ruvila Elizabeth Lima, "aka" Ruby


**ORDER**

     IT IS SO ORDERED.

Dated: August 20, 2019


MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MOTION TO CONTINUE DEFENDANT'S
SENTENCING HEARING