| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROSANNE L. RUST<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUVILA ELIZABETH LIMA,<br>  "aka" Ruby,<br><br>Defendant. | CASE NO. 2:17-CR-212 MCE<br><br>MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING<br><br>DATE: November 14, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

Pursuant to an agreement between the parties, and the probation officer, Defendant RUVILA ELIZABETH LIMA, "aka" Ruby, respectfully requests the Court to continue sentencing to March 19, 2020, at 10:00 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING

1

| Judgment and Sentencing date: | March 19, 2020 at 10:00 a.m. |
|---|---:|
| Reply or Statement of No Opposition and any Sentencing Memos: | March 12, 2020 |
| Motion for Correction Filed: | n/a |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The Pre-Sentence Report is due no later than: | n/a |

Dated: November 7, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: November 7, 2019

By: /s/ DINA SANTOS
DINA SANTOS
Counsel for defendant
Ruvila Elizabeth Lima, "aka" Ruby

**ORDER**

IT IS SO ORDERED.

DATED: November 13, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE