McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUVILA ELIZABETH LIMA,<br>  "aka" Ruby,<br>    Defendant. | CASE NO. 2:17-CR-212 MCE<br><br>MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING<br><br>DATE: July 2, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

Pursuant to an agreement between the parties, and the probation officer, Defendant RUVILA ELIZABETH LIMA, "aka" Ruby, respectfully requests the Court to continue sentencing to November 12, 2020, at 10:00 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

| Judgment and Sentencing date: | November 12, 2020 at 10:00 a.m. |
|---|---|
| Reply or Statement of No Opposition and any Sentencing Memos: | November 5, 2020 |
| Motion for Correction Filed: | n/a |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The Pre-Sentence Report is due no later than: | n/a |

Dated:  June 24, 2020

                    McGREGOR W. SCOTT
                    United States Attorney

By: /s/ ROSANNE L. RUST
     ROSANNE L. RUST
     Assistant United States Attorney

Dated:  June 24, 2020

By: /s/ DINA SANTOS
     DINA SANTOS
     Counsel for defendant
     Ruvila Elizabeth Lima, "aka" Ruby

**ORDER**

       IT IS SO ORDERED.

Dated:  June 26, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING

2