McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>RUVILA ELIZABETH LIMA,<br> "aka" Ruby,<br>       Defendant. | CASE NO.  2:17-CR-212 MCE<br><br>STIPULATION TO MOVE SENTENCING AND ORDER TO MOVE SENTENCING HEARING<br><br>DATE: November 12, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

Pursuant to an agreement between the parties, and the probation officer, Defendant RUVILA ELIZABETH LIMA, "aka" Ruby, respectfully requests the Court to continue sentencing to February 4, 2021, at 10:00 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

STIPULATION TO MOVE DEFENDANT'S
SENTENCING HEARING

1

| Judgment and Sentencing date: | February 4, 2021 at 10:00 a.m. |
|---|---|
| Reply or Statement of No Opposition and any Sentencing Memos: | January 28, 2021 |
| Motion for Correction Filed: | n/a |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The Pre-Sentence Report is due no later than: | n/a |

Dated:  November 2, 2020

McGREGOR W. SCOTT
United States Attorney


By:  /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated:  November 2, 2020


By:  /s/ DINA SANTOS
DINA SANTOS
Counsel for defendant
Ruvila Elizabeth Lima, "aka" Ruby


**ORDER**

IT IS SO ORDERED.

Dated:  November 3, 2020


MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO MOVE DEFENDANT'S
SENTENCING HEARING

2