1  McGREGOR W. SCOTT
   United States Attorney
2  ROSANNE L. RUST
   CHRISTOPHER S. HALES
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-212 MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DEFENDANT'S SENTENCING HEARING AND ORDER |
| v. | DATE: February 4, 2021 |
| RUVILA ELIZABETH LIMA, "aka" Ruby, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

Pursuant to an agreement between the parties, and the probation officer, Defendant RUVILA ELIZABETH LIMA, "aka" Ruby, respectfully requests the Court to continue sentencing to July 22, 2021, at 10:00 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

| | |
|---|---:|
| Judgment and Sentencing date: | July 22, 2021 at 10:00 a.m. |
| Reply or Statement of No Opposition and any Sentencing Memos: | July 15, 2021 |
| Motion for Correction Filed: | n/a |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The Pre-Sentence Report is due no later than: | n/a |

Dated: January 28, 2021              McGREGOR W. SCOTT
                                     United States Attorney

                              By:    /s/ ROSANNE L. RUST
                                     ROSANNE L. RUST
                                     Assistant United States Attorney

Dated: January 28, 2021

                              By:    /s/ DINA SANTOS
                                     DINA SANTOS
                                     Counsel for defendant
                                     Ruvila Elizabeth Lima, "aka" Ruby

**ORDER**

IT IS SO ORDERED.

Dated: February 1, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE