1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROSANNE L. RUST
   CHRISTOPHER S. HALES
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:17-CR-212 MCE

12                    Plaintiff,           STIPULATION TO CONTINUE DEFENDANT'S
                                           SENTENCING HEARING AND ORDER
13         v.
                                           DATE: July 22, 2021
14 RUVILA ELIZABETH LIMA,                  TIME: 10:00 a.m.
     "aka" Ruby,                           COURT: Hon. Morrison C. England, Jr.
15                    Defendant.

16

17      Pursuant to an agreement between the parties, and the probation officer, Defendant RUVILA

18 ELIZABETH LIMA, "aka" Ruby, respectfully requests the Court to continue sentencing to November

19 18, 2021, at 10:00 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-

20 referenced matter:

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE DEFENDANT'S         1
SENTENCING HEARING & ORDER

| Judgment and Sentencing date: | November 18, 2021 at 10:00 a.m. |
|---|---|
| Reply or Statement of No Opposition and any Sentencing Memos: | November 11, 2021 |
| Motion for Correction Filed: | n/a |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The Pre-Sentence Report is due no later than: | n/a |

Dated:  July 15, 2021                                   PHILLIP A. TALBERT
                                                        Acting United States Attorney


                                               By:   /s/ ROSANNE L. RUST
                                                     ROSANNE L. RUST
                                                     Assistant United States Attorney

Dated:  July 15, 2021


                                               By:   /s/ DINA SANTOS
                                                     DINA SANTOS
                                                     Counsel for defendant
                                                     Ruvila Elizabeth Lima, "aka" Ruby


**ORDER**

        IT IS SO ORDERED.

Dated:  July 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE