PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>RUVILA ELIZABETH LIMA,<br>   "aka" Ruby,<br>                              Defendant. | CASE NO. 2:17-CR-212 JAM<br><br>STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING<br><br>DATE: December 14, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

On November 9, 2021, by court order, this case was reassigned from Judge England to Judge Mendez for all future matters, and all currently scheduled hearings were vacated. ECF No. 142. Previously, the case had been set for judgment and sentencing on November 18, 2021, at 10:00 a.m. in front of Judge England. ECF No. 123. Given the transfer of the case and the vacation of all scheduled hearing dates, the parties, and the probation officer, now come before the Court and respectfully request that the judgment and sentencing hearing be reset for Tuesday, December 14, 2021 at 9:30 a.m.

///

///

///

///

///

///

1

The parties further respectfully request that the Court adopt the following schedule for

Disclosure and Sentencing in the above-referenced matter:

| | |
|---|---|
| Judgment and Sentencing hearing date: | December 14, 2021 at 9:30 a.m. |
| Reply or Statement of No Opposition and any Sentencing Memos: | December 7, 2021 |
| Motion for Correction Filed: | n/a |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The Pre-Sentence Report is due no later than: | n/a |

Dated:  November 12, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated:  November 12, 2021

By:  /s/ DINA SANTOS
DINA SANTOS
Counsel for defendant
Ruvila Elizabeth Lima, "aka" Ruby

## ORDER

IT IS SO ORDERED this 12th day of November, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE