PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUVILA ELIZABETH LIMA, AKA "RUBY",<br><br>Defendant. | CASE NO. 2:17-cr-212 JAM<br><br>SUPPLEMENT TO THE PLEA AGREEMENT |

## I.   INTRODUCTION

**A.   Supplement.**

Pursuant to Section VIII of the plea agreement for defendant Ruvila Elizabeth Lima, aka "Ruby," ECF No. 54, the parties submit and agree to this supplement to the plea agreement. At page 7 of the plea agreement, at lines 17-18, the parties agree to strike the following language based on the Ninth Circuit's opinion in *United States v. Robert Turchin*, No. 18-10464 (Jan. 3, 2022): "(a) was to be issued by or under the authority of the State of California, or a political subdivision of the State". The parties further agree that the two remaining alternatives to prove the interstate nexus element of a violation of 18 U.S.C. § 1028(a)(1), which are already listed on page 7 of ECF No. 54, are legally correct. Additionally, the parties agree that there are already facts in the defendant's signed factual basis attached to the plea agreement that provide sufficient facts to support the two remaining alternatives to satisfy the

SUPPLEMENT TO THE PLEA AGREEMENT                 1

interstate nexus element of a 18 U.S.C. § 1028(a)(1) offense.

## II. APPROVALS AND SIGNATURES

### A. Defense Counsel:

I have read this supplement to the plea agreement and have discussed it fully with my client. The supplement to the plea agreement accurately corrects the interstate nexus element for a violation of 18 U.S.C. § 1028(a)(1). I concur in my client's decision to plead guilty, and persist in my client's previously entered guilty plea, as set forth in this supplement to the plea agreement.

Dated: 5/5/22

DINA SANTOS
Attorney for Defendant

### B. Defendant:

I have read this supplement to the plea agreement and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. Further, I have consulted with my attorney and fully understand my rights with respect to the provisions of the Sentencing Guidelines that may apply to my case. No other promises or inducements have been made to me, other than those contained in the plea agreement or the supplement to the plea agreement. In addition, no one has threatened or forced me in any way to enter into the plea agreement or the supplement to the plea agreement. Finally, I am satisfied with the representation of my attorney in this case.

Dated:

RUVILA ELIZABETH LIMA, AKA "RUBY"
Defendant

///
///
///
///
///
///
///

SUPPLEMENT TO THE PLEA AGREEMENT     2

C. **Court Certified Interpreter/Translator:**

I declare that I am a court certified Spanish-English interpreter/translator. On 5-6-22, I read the entire contents of the foregoing supplement to the plea agreement to defendant Ruvila Elizabeth Lima, aka "Ruby," translating the document from English to Spanish.

Dated: 5/6/22

Interpreter/Translator
Patricia Hyatt

D. **Attorney for United States:**

I accept and agree to this supplement to the plea agreement on behalf of the government.

Dated: 05/23/2022

PHILLIP A. TALBERT
United States Attorney

ROSANNE L. RUST
Assistant United States Attorney

SUPPLEMENT TO THE PLEA AGREEMENT       3