Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
Ruvila Lima

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>RUVILA LIMA,<br><br>                    Defendant | CASE NO. 17-00212 JAM<br><br>CHARACTER LETTERS |

Attached for the Court's review are two additional character letters.

Dated: May 29, 2022                               /s/  Dina L. Santos
                                                              DINA L. SANTOS, ESQ.
                                                              Attorney for Ruvila Lima

1